# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **VS.** | ) Case No: 2:21-CR-205 AMM-JHE |
| | ) |
| **JAMES EDWARD ALLEN, JR.,** | ) |
| **Defendant.** | ) |

## ORDER

Before the court is Defendant James Edward Allen, Jr.'s Motion to Suppress Evidence. Doc. 14. On November 8, 2021, the magistrate judge conducted an evidentiary hearing. On December 10, 2021, the magistrate judge entered a report recommending that the court deny the motion. Doc. 28. Mr. Allen has filed objections to the recommendation. Docs. 29 & 31.

In his objections, Mr. Allen does not argue that the magistrate judge's report contained any factual errors or relied on improper law. Instead, he disagrees with the magistrate judge's weighing of the evidence and ultimate legal conclusion based on that evidence. Because Mr. Allen's objections do not support rejecting the magistrate judge's recommendation, the court **OVERRULES** those objections. Docs. 29 & 31.

Having carefully reviewed and considered *de novo* all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the

recommendation. Accordingly, the court **DENIES** Mr. Allen's motion to suppress. Doc. 14.

    **DONE** and **ORDERED** this 10th day of February, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE